# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C/R No.: 1:13-cr-52-1 |
| | ) | |
| -vs- | ) | **ORDER** |
| | ) | |
| CLEAN ON GREEN, PLLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

And now, this 23rd day of February, 2015, the within Motion is granted, and it is hereby ordered and decreed that the Indictment in Criminal Number 1:13-CR-52-1 against the Defendant, **CLEAN ON GREEN, PLLC**, be and the same is hereby dismissed without prejudice.

**AND IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

Charleston, South Carolina